## Ward et al., Appellants, v. Garvin.

Argued December 9, 1937. Before SCHAFFER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

*Hugh Roberts,* for appellants.

*Charles E. Kenworthey,* for appellee, was not heard.

PER CURIAM, January 3, 1938:

Plaintiffs, husband and wife, seek recovery of damages from defendant, a physician, upon a claim that he made a mistake in diagnosing an injury to the wife's foot. The court below entered a compulsory nonsuit, which it refused to take off, relying upon our decisions, the latest of which is *Duckworth v. Bennett,* 320 Pa. 47, 181 A. 558, where we held that a physician is not responsible for an error of judgment or a mistake in diagnosis in the treatment of a patient. The action of the court below was correct.

Judgment affirmed.